IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Dobbins, Terrance

Printed: 3/18/08

Case Number: 07 B 10115
Judge: Goldgar, A. Benjamin
Filed: 6/5/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: January 8, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 2,400.00 |  |
| Secured: |  | 888.10 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,382.30 |
| Trustee Fee: |  | 129.60 |
| Other Funds: |  | 0.00 |
| Totals: | 2,400.00 | 2,400.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Debra J Vorhies-Levine | Administrative | 2,338.00 | 1,382.30 |
| 2. | Select Portfolio Servicing | Secured | 0.00 | 0.00 |
| 3. | HSBC Auto Finance | Secured | 6,991.52 | 888.10 |
| 4. | Select Portfolio Servicing | Secured | 19,995.86 | 0.00 |
| 5. | Illinois Dept Of Healthcare And Family | Priority | 5,900.15 | 0.00 |
| 6. | Premier Bankcard | Unsecured | 190.98 | 0.00 |
| 7. | Peoples Energy Corp | Unsecured | 4,125.58 | 0.00 |
| 8. | Illinois Dept Of Healthcare And Family | Unsecured | 3,192.90 | 0.00 |
| 9. | HSBC Auto Finance | Unsecured | 0.00 | 0.00 |
| 10. | Silverleaf Resorts Inc | Secured |  | No Claim Filed |
| 11. | Armor Systems Co | Unsecured |  | No Claim Filed |
| 12. | Hilco Receivables, LLC | Unsecured |  | No Claim Filed |
| 13. | Dependon Collections Service | Unsecured |  | No Claim Filed |
| 14. | Dependon Collections Service | Unsecured |  | No Claim Filed |
| 15. | Medical Business Bureau Inc | Unsecured |  | No Claim Filed |
| 16. | OSI Collection Svc Inc | Unsecured |  | No Claim Filed |
| 17. | NCO Financial Systems | Unsecured |  | No Claim Filed |
| 18. | Hilco Receivables, LLC | Unsecured |  | No Claim Filed |
| 19. | Peoples Energy Corp | Unsecured |  | No Claim Filed |
|  |  |  | $ 42,734.99 | $ 2,270.40 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 129.60 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Dobbins, Terrance

Printed: 3/18/08

Case Number: 07 B 10115
Judge: Goldgar, A. Benjamin
Filed: 6/5/07

_____
$ 129.60

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

